IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| DESHAWN COCROFT | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:06CV338-HTW-LRA |
| DANIEL FORRESTER, ET AL | DEFENDANTS |

## ORDER OF DISMISSAL

THIS CAUSE is before the Court *sua sponte* regarding the failure of Deshawn Cocroft [hereinafter "Plaintiff"] to follow the Court's orders or to otherwise prosecute his case. By Order entered by Magistrate Judge Anderson, docket entry 40, Plaintiff was directed to file an Amended Complaint on or before March 26, 2010. He was also ordered and directed to provide the Court with additional information regarding how he intended to prosecute his case while incarcerated in the Cook County Jail in Chicago, Illinois. He has not responded to the Order or otherwise contacted the Court. The last contact Plaintiff had with this Court was his change of address notification filed on August 26, 2008. He has made no further attempts to contact the Court or otherwise prosecute his case.

Plaintiff was warned that his failure to respond to the Orders on or before March 26, 2010, would result in the dismissal of his case without further notice. The Court is convinced that Plaintiff has lost interest in prosecuting this case, and the case will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the Court's inherent authority. *See McCullough v. Lynaugh*, 835 F.2d 1126 (5th Cir. 1988)*; Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-631 (1962).

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed without prejudice.

SO ORDERED, this the 30th day of March, 2010.

>s/ HENRY T. WINGATE
>CHIEF JUDGE
>UNITED STATES DISTRICT COURT

Civil Action No. 3:06-cv-338 HTW-LRA
Order of Dismissal